# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| BRANDY MORRIS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., TeleCheck Services, LLC, and TeleCheck Services, Inc.,<br><br>Defendants. | Case No. 1:22-cv-00016-BMM<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS** |

The Parties have filed an unopposed motion to stay proceedings for 30 days (Doc. 203), and good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED as follows:

Parties shall have 30 days to engage in settlement discussions. A status report is due to the Court on or before September 5, 2026.

DATED this 31st day of July, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts