# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| BRANDY MORRIS, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., TELECHECK SERVICES, LLC, and TELECHECK SERVICES, INC., <br><br> Defendants. | No. 1:22-cv-00016-BMM <br><br> **ORDER REGARDING FAIRNESS HEARING AND SCRIVENER'S ERROR IN CLASS SETTLEMENT** |

A fairness hearing for approval of the class action settlement in the above-captioned case having been set for July 27, 2026, at 1:30 AM MT at the Paul Hatfield Federal Courthouse, Helena, Montana [Doc. 221] will now be conducted on **July 27, 2026, at 11:30AM by Zoom**, and the Court having received no objections from any class members or any of the attorneys general notified pursuant to 28 U.S.C. § 1715(d), and the Court having been notified of a scrivener's error in section 4.2.1.2 of the Settlement Agreement [Doc. 216-1 at p. 6] whose correction does not impair the rights of any member of the class, it is ORDERED:

1. The fairness hearing set for July 27, 2026, at 11:30 AM MT will be conducted by Zoom, instead of in person at the Paul Hatfield Federal Courthouse, Helena, Montana. Zoom information is as follows: Meeting ID: 160 8470 9930; Passcode: 636793

2.    Any party other than Brandy Morris, Walmart, Inc., TeleCheck Services, LLC, and TeleCheck Services, Inc. who wishes to be heard at the fairness hearing should file their appearance with this Court promptly and by no later than July 17, 2026; and

3.    This Order is to be posted to the class website https://checkpolicysettlement.com/ on the Important Documents page; and

4.    The Settlement Agreement is hereby revised to correct the scrivener's error in section 4.2.1.2 of the Settlement Agreement. [Doc. 216-1 at p. 6] The second sentence of section 4.2.1.2 of the Settlement Agreement is hereby modified from "Each attempt to collect these amounts may result in separate fees charged by your bank, which we do not control" to "Each attempt to collect these amounts may result in separate fees charged by my bank, which you do not control" (words to be changed underlined). The Court finds that this scrivener's error was inadvertent and correcting the error will not impair the rights of any member of the class; and

DATED this 10th day of July, 2026.

Brian Morris, Chief District Judge
United States District Courts

2